UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

EVAN WARREN,

                              Plaintiff,

    -v-                                    9:09-CV-1146

MICHAEL CORCORAN; SUE LENNOX;
J. BIGGAR; L. JOHNSON; D. CRULL;
C. BURGIN; and J. KEISER,

                              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                            OF COUNSEL:

EVAN WARREN, 06-B-2142
Plaintiff, pro se
Clinton Correctional Facility
Box 2002
Dannemora, NY 12929

HON. ERIC T. SCHNEIDERMAN          C. HARRIS DAGUE, ESQ.
Attorney General for the State of New York   Ass't Attorney General
Attorney for Defendant
The Capitol
Albany, NY 12224

DAVID N. HURD
United States District Judge

## DECISION and ORDER

       Plaintiff brought this civil rights action pursuant to 42 U.S.C. § 1983.  On October

20, 2011, the Honorable Andrew T. Baxter, United States Magistrate Judge, advised, by

Report-Recommendation, that defendants' motion for summary judgment be granted and the complaint dismissed in its entirety.  No objections to the Report-Recommendation were filed.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole.  See 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that

1.  Defendants' motion for summary judgment is GRANTED; and

2.  Plaintiff's complaint is DISMISSED in its entirety.

IT IS SO ORDERED.

_____
United States District Judge

Dated:   November 17, 2011
         Utica, New York.